

# ANNIE REBECCA ELLIOTT

## DISTRICT CLERK

**MAILING**
301 Jackson Street
Richmond, Texas 77469
Telephone: (281) 341-4502

**PHYSICAL**
1422 Eugene Heimann Circle
Richmond, Texas 77469
Facsimile: (281) 341-4519

http://www.fortbendcountytx.gov
Departments – District Clerk

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/8/2015 9:18:29 AM
CHRISTOPHER A. PRINE
Clerk

**October 07, 2015**

To: The Clerk of the Court of Appeals for the **14th Court of Appeals** Supreme Judicial District (Civil Appeal)

Trial Court No:    **15-DCV-221725**          From the **268th Judicial District Court** Fort Bend County, Texas

Judge Presiding: **Brady G Elliott**          Court Reporter: **Mindy Hall**

| Appellant(s):  **W. A. "ANDY" MEYERS; FORT BEND COMMISSIONERS COURT** | **VS** | Appellee(s):  **JDC/FIRETHORNE, LTD., A TEXAS LIMITED PARTNERSHIP** |
|---|---|---|

| *Attorney for Appellant(s)* | | *Attorney For Appellee(s)* |
|---|---|---|
| **J. Mark Breeding** | | **Don Chester Griffin, Jr** |
| SBN: 02942500 | | SBN: 08456975 |
| Andrews & Kurth Llp | | Vinson & Elkins Llp |
| 600 Travis St Ste 4200 | | 1001 Fannin Street Ste 2500 |
| Houston Tx  77002 | | Houston Tx  77002-6760 |
| Telephone: 713-220-4709 | | Telephone: 713-758-3508 |
| Facsimile:  713-220-4285 | | Facsimile: |
| E-mail:  markbreeding@andrewskurth.com | | E-mail: dgriffin@velaw.com |
| Attorney for:    W. A. "Andy" Meyers, Appellant | | Attorney for:    JDC/Firethorne, Ltd., a Texas Limited Partnership, Appellee |

| Date of Judgment/Appealable Order**:** Order Denying Plea to the Jurisdiction signed September 18, 2015 | Nature of Action:  **Real Property - Eminent Domain** |
|---|---|
| Disposition of Case: | Jury Trial:  **No** |
| | |
| Notice of Appeal Filed On:  **October 07, 2015** | |

Signed,  **on this the 7th day of October, 2015**.

**ANNIE REBECCA ELLIOTT**
**FORT BEND COUNTY DISTRICT CLERK**
**301 JACKSON, RICHMOND, TEXAS 77469**

By:    /s/ Lisa Tucker
Deputy District Clerk Lisa Tucker
Telephone: (281) 341-4502

Electronically Filed with the 14th Court of Appeals

cc:      Don Chester Griffin, Jr
         J. Mark Breeding

Filed
10/7/2015 10:54:29 AM
**Annie Rebecca Elliott**
District Clerk
Fort Bend County, Texas
Lisa Tucker

## CAUSE NO. 15-DCV-221725

| | | |
|---|---|---|
| JDC/FIRETHORNE, LTD., | § | IN THE DISTRICT COURT |
| | § | |
| PLAINTIFF/RELATOR, | § | |
| | § | |
| V. | § | |
| | § | |
| FORT BEND COUNTY; FORT BEND | § | FORT BEND COUNTY, TEXAS |
| COUNTY COMMISSIONERS COURT; | § | |
| RICHARD W. STOLLEIS, IN HIS | § | |
| CAPACITY AS FORT BEND COUNTY | § | |
| ENGINEER; AND W. A. "ANDY" MEYERS, | § | |
| INDIVIDUALLY, AND IN HIS CAPACITY | § | |
| AS FORT BEND COUNTY | § | |
| COMMISSIONER, | § | |
| | § | |
| DEFENDANTS. | § | 268TH JUDICIAL DISTRICT |

### NOTICE OF ACCELERATED APPEAL

TO THE HONORABLE CLERK OF SAID COURT:

Pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure and Section 51.014(a)(8) of the Texas Civil Practice and Remedies Code, Defendant W. A. "Andy" Meyers, individually and in his capacity as Fort Bend County Commissioner, hereby gives notice of his desire to appeal from the Order Denying Plea to the Jurisdiction signed on September 18, 2015, in the above-captioned Cause No. 15-DCV-221725, styled *JDC/Firethorne, Ltd. v. Fort Bend County, et al.* and pending in the 268th Judicial District Court of Fort Bend County, Texas.

The appeal is accelerated, and the case is not a parental termination or child protection case.

The appeal is taken to either the First or Fourteenth Court of Appeals in Houston, Texas.

Respectfully submitted,


By: /s/ J. Mark Breeding
    J. Mark Breeding
    State Bar No. 02942500
    Frederick D. Junkin
    State Bar No. 11058030
    Andrews Kurth LLP
    600 Travis, Suite 4200
    Houston, Texas 77002
    (713) 220-4200
    (713) 220-4285 (Fax)
    markbreeding@andrewskurth.com
    fredjunkin@andrewskurth.com

    Roy L. Cordes, Jr.
    State Bar No. 04821000
    Fort Bend County Attorney
    Marcus D. Spencer
    First Assistant County Attorney
    State Bar No. 24033091
    Randall W. Morse
    First Assistant County Attorney
    State Bar No. 14549700
    William H. Vidor
    Assistant County Attorney
    State Bar No. 20579200
    401 Jackson Street, 3rd Floor
    Richmond, Texas 77469
    (281) 238-3339
    (281) 341-4557 (Fax)
    Roy.Cordes@fortbendcountytx.gov
    Marcus.Spencer@fortbendcountytx.gov
    Randy.Morse@fortbendcountytx.gov
    Bill.Vidor@fortbendcountytx.gov

ATTORNEYS FOR DEFENDANT/
APPELLANT W. A. "ANDY" MEYERS,
INDIVIDUALLY AND IN HIS CAPACITY AS
FORT BEND COUNTY COMMISSIONER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Accelerated Appeal was served by electronic service upon all parties of record or their counsel, as indicated on the following service list, on this the 7th day of October, 2015.

/s/ J. Mark Breeding
J. Mark Breeding

## SERVICE LIST

H. Dixon Montague
Don C. Griffin
Vinson & Elkins, LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
dmontague@velaw.com
dgriffin@velaw.com